UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES L. WISE, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-1009 |
| | § | |
| WELLS FARGO BANK, N.A., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiffs' motion to continue scheduling conference (Dkt. 4) is GRANTED. It is therefore ORDERED that the initial pretrial and scheduling conference is reset for July 22, 2009 at 9:30 a.m. in Courtroom 9-D, 515 Rusk, Houston Texas.

After the parties confer as required by Rule 26(f), counsel shall prepare and file not less than two days before the conference a joint discovery/case management plan. A courtesy copy shall be delivered to Rhonda Konieczny, Case Manager for Judge Gray Miller, 9th floor, Room 9010C, or via email cm4141@txs.uscourts.gov.

Signed at Houston, Texas on June 3, 2009.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY